Certificate Number: 20102-PAE-DE-036363427

Bankruptcy Case Number: 22-10251



20102-PAE-DE-036363427

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 1, 2022, at 8:20 o'clock AM EST, Jesse Mast completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 1, 2022

By:  /s/Marcy Walter

Name:  Marcy Walter

Title:  Certified Personal Finance Counsleor