# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| **In re:**  **JESSE D. MAST,** **Debtor** | **Chapter 13 Bankruptcy** **Bankruptcy No. 22-10251** |

## STATEMENT OF NO PAY ADVICES

Debtor, Jesse D. Mast, by and through his counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern, & Lutz, P.C., hereby files this Statement of No Pay Advices, and in support thereof sets forth as follows:

1. The Debtor was self-employed in the 60-day period prior to the filing of the above captioned bankruptcy.

2. Accordingly, 60-day payment advices are not being filed.

**Date:**  March 3, 2022

        **Respectfully submitted,**

        **Hartman, Valeriano, Magovern, & Lutz, P.C.**

        /s/ George M. Lutz, Esquire

        George M. Lutz, Esquire
        1025 Berkshire Blvd., Suite 700
        Wyomissing, PA  19610
        Attorney I.D. No. 46437
        Phone:  610-763-0745