# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**JESSE D.MAST,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 22-10251 PMM** |

## CERTIFICATE OF SERVICE

I, Ashley Santana, do hereby certify that I served a copy of the Application of George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C. for Allowance of Compensation and Reimbursement of Expenses and Notice of Filing said Application upon the following individuals at the addresses listed below by first class mail and/or by electronic means, on June 10, 2022:

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**Scott F. Waterman, Esquire**
**Chapter 13 Trustee**
**P.O. Box 4010**
**Reading, PA 19606**

**Jesse D. Mast**
**521 Long Lane**
**Oley, PA  19547**

I further certify that I served a copy of the Allowance of Compensation and Reimbursement of Expenses and Notice of Filing upon the individuals and/or entities listed on the Bankruptcy Clerk's Mailing Matrix by first class mail U.S. Mail, postage prepaid on June 10, 2022.

Dated:  June 10, 2022

    **Respectfully submitted,**

    **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**   */s/ Ashley N. Santana*
        _____
        **Ashley N. Santana**
        **1025 Berkshire Boulevard, Suite 700**
        **Wyomissing, PA  19610**