United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jesse Dale Mast  
    Debtor

Case No. 22-10251-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Jun 09, 2022     Form ID: 155     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Dale Mast, 521 Long Lane, Oley, PA 19547-9009 |
| 14666387 | + | David T. Schnarrs Law, POB 1186, Pottstown, PA 19464-0877 |
| 14666388 | + | Pennsylvania Department of Labor and Ind, Office of UC Benefits, POB 67503, Harrisburg, PA 17106-7503 |
| 14666394 | + | TOWD Point Mortgage Trust 201-7FRE2, c/o KML Law Group, P.C./Evan Harra, Esq., Suite 5000 - BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14668307 | + | Towd Point Mortgage Trust 2017-FRE2, c/o Rebecca Solarz,Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14666384 | + | Email/Text: rperez@arcadiarecovery.com | Jun 10 2022 00:01:00 | ARCADIA RECOVERY BUREAU, 645 PENN STREET, Reading, PA 19601-3559 |
| 14666385 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2022 00:01:00 | COMENITY CAPITAL BANK/BOSCOV, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 14666386 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 10 2022 00:01:00 | CP/BON TON, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 14666381 | ^ | MEBN | Jun 09 2022 23:58:34 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14666383 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 10 2022 00:01:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 14666382 | ^ | MEBN | Jun 09 2022 23:58:23 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14666379 | ^ | MEBN | Jun 09 2022 23:58:34 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14666389 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2022 00:05:02 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 14676610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2022 00:04:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14666390 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 10 2022 00:01:00 | RMP LLC, 8085 KNUE ROAD, Indianapolis, IN 46250-1921 |
| 14666391 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 10 2022 00:01:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14666392 | ^ | MEBN | Jun 09 2022 23:58:35 | THE RECEIVABLE MGMT SVCS LLC, 240 EMERY STREET, Bethlehem, PA 18015-1980 |
| 14666393 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 10 2022 00:01:00 | TOWD Point Mortgage Trust 201-7FRE2, US Bank N.A. as Indenture Trustee, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

Case 22-10251-pmm   Doc 23   Filed 06/11/22   Entered 06/12/22 00:27:33   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: 155 | Total Noticed: 20 |

| 14684323 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
|---|---|---|---|
| | | Jun 10 2022 00:01:00 | Towd Point Mortgage Trust 2017-FRE2, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14666380 | ^ MEBN | | |
| | | Jun 09 2022 23:58:31 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jun 11, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

**Name**     **Email Address**

GEORGE M. LUTZ
     on behalf of Debtor Jesse Dale Mast glutz@hvmllaw.com  asantana@hvmllaw.com;r49419@notify.bestcase.com

REBECCA ANN SOLARZ
     on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jesse Dale Mast
      Debtor(s)                                            Chapter: 13

                                                                   Bankruptcy No: 22−10251−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 9th of June 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                 Patricia M. Mayer
                                                                 Judge ,
                                                                 United States Bankruptcy Court

                                                                                                     19
                                                                                Form 155