*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jesse Dale Mast
    Debtor(s)

Case No: 22−10251−pmm

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

**Hearing rescheduled from 8/4/2022 to 8/11/2022**

Objection to Claim Number 1 by Claimant Portfolio Recovery Associates, LLC.. Filed by SCOTT F. WATERMAN
−AND−
Objection to Claim Number 2 by Claimant Portfolio Recovery Associates, LLC.. Filed by SCOTT F. WATERMAN

on: 8/11/22

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 7/11/22

Timothy B. McGrath
Clerk of Court