United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10251-pmm

Jesse Dale Mast     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Jul 11, 2022     Form ID: 167     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Dale Mast, 521 Long Lane, Oley, PA 19547-9009 |
| 14666387 | + | David T. Schnarrs Law, POB 1186, Pottstown, PA 19464-0877 |
| 14697234 | + | Hartman, Valeriano, Magovern & Lutz, P.C., 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 14666388 | + | Pennsylvania Department of Labor and Ind, Office of UC Benefits, POB 67503, Harrisburg, PA 17106-7503 |
| 14666394 | + | TOWD Point Mortgage Trust 201-7FRE2, c/o KML Law Group, P.C./Evan Harra, Esq., Suite 5000 - BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14668307 | + | Towd Point Mortgage Trust 2017-FRE2, c/o Rebecca Solarz,Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14666384 | + | Email/Text: rperez@arcadiarecovery.com | Jul 12 2022 00:18:00 | ARCADIA RECOVERY BUREAU, 645 PENN STREET, Reading, PA 19601-3559 |
| 14666385 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2022 00:17:00 | COMENITY CAPITAL BANK/BOSCOV, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 14666386 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2022 00:17:00 | CP/BON TON, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 14666381 | ^ | MEBN | Jul 12 2022 00:13:22 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14666383 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 12 2022 00:18:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 14666382 | ^ | MEBN | Jul 12 2022 00:13:20 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14666379 | ^ | MEBN | Jul 12 2022 00:13:22 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14666389 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2022 00:22:43 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 14676610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2022 00:22:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14666390 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jul 12 2022 00:18:00 | RMP LLC, 8085 KNUE ROAD, Indianapolis, IN 46250-1921 |
| 14666391 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2022 00:18:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14666392 | ^ | MEBN | Jul 12 2022 00:13:24 | THE RECEIVABLE MGMT SVCS LLC, 240 EMERY STREET, Bethlehem, PA 18015-1980 |
| 14666393 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2022 00:18:00 | TOWD Point Mortgage Trust 201-7FRE2, US |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 11, 2022 | Form ID: 167 | Total Noticed: 21 |

| | | | | Bank N.A. as Indenture Trustee, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
|---|---|---|---|---|
| 14684323 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2022 00:18:00 | Towd Point Mortgage Trust 2017-FRE2, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14666380 | ^ | MEBN | Jul 12 2022 00:13:21 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| GEORGE M. LUTZ | on behalf of Debtor Jesse Dale Mast glutz@hvmllaw.com asantana@hvmllaw.com;r49419@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jesse Dale Mast
    Debtor(s)

Case No: 22−10251−pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

\*\*Hearing rescheduled from 8/4/2022 to 8/11/2022\*\*

Objection to Claim Number 1 by Claimant Portfolio Recovery Associates, LLC.. Filed by SCOTT F. WATERMAN
−AND−
Objection to Claim Number 2 by Claimant Portfolio Recovery Associates, LLC.. Filed by SCOTT F. WATERMAN

    on: 8/11/22

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  7/11/22

Timothy B. McGrath
Clerk of Court

28
Form 167