**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>JESSE D. MAST,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 22-10251 PMM |
|---|---|

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicants") and upon the Applicants' certification that proper service has been made on all interested parties and upon the Applicants' certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicants in the amount of $4,471.50, plus expenses of $8.20.

3. The Chapter 13 Trustee is authorized to distribute to the Applicants as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 ($4,471.50) plus expenses in the amount of $8.20, for a total of $4,479.70, less $997.00 (paid prepetition), for a total of $3,482.70, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Date:  8/10/22

BY THE COURT:

_Patricia M. Mayer_
_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**