UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  JESSE DALE MAST                          :  Chapter 13

                    Debtor                       :  Bankruptcy No.  22-10251PMM


**ORDER**


AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim

Number 1-1 of Portfolio Recovery Associates, LLC. and any response, it is hereby ordered that

the Objection is sustained.

The Proof of Claim No. 1-1 of Portfolio Recovery Associates, LLC.is disallowed.

**BY THE COURT:**

*Patricia M. Mayer*

Dated:  **August 11, 2022**
                                              _____
                                              **Patricia M. Mayer, Bankruptcy Judge**