UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  JESSE DALE MAST                   : Chapter 13

         Debtor                             : Bankruptcy No.  22-10251PMM

## ORDER

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 2-1 of Portfolio Recovery Associates, LLC. and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 2-1 of Portfolio Recovery Associates, LLC.is disallowed.

BY THE COURT:

Dated: **August 11, 2022**

*Patricia M. Mayer*

**Patricia M. Mayer, Bankruptcy Judge**