Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-10251-PMM**

Jesse Dale Mast  
521 Long Lane  
Oley  PA   19547

Petition Filed Date: 02/03/2022  
341 Hearing Date: 03/08/2022  
Confirmation Date: 06/09/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/21/2022 | $875.00 | | 04/18/2022 | $875.00 | | 05/18/2022 | $875.00 | |
| 06/21/2022 | $875.00 | | 07/18/2022 | $875.00 | | | | |

**Total Receipts for the Period: $4,375.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,375.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $3,482.70 | $0.00 | $3,482.70 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 001 | Unsecured Creditors | $661.46 | $0.00 | $661.46 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $525.80 | $0.00 | $525.80 |
| 3 | SELECT PORTFOLIO SERVICING INC »» 003 | Mortgage Arrears | $40,487.35 | $542.30 | $39,945.05 |

**Chapter 13 Case No. 22-10251-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,375.00 | Current Monthly Payment: | $875.00 |
| Paid to Claims: | $542.30 | Arrearages: | $875.00 |
| Paid to Trustee: | $350.00 | Total Plan Base: | $52,500.00 |
| Funds on Hand: | $3,482.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.