Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-10251-PMM**

Jesse Dale Mast  
521 Long Lane  
Oley  PA    19547

Petition Filed Date: 02/03/2022  
341 Hearing Date: 03/08/2022  
Confirmation Date: 06/09/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2022 | $875.00 | | 09/19/2022 | $875.00 | | 10/24/2022 | $875.00 | |
| 11/22/2022 | $875.00 | | 12/22/2022 | $875.00 | | 01/24/2023 | $875.00 | |
| 02/23/2023 | $875.00 | | 03/22/2023 | $875.00 | | 04/24/2023 | $875.00 | |
| 05/22/2023 | $875.00 | | 06/23/2023 | $875.00 | | 07/24/2023 | $875.00 | |

**Total Receipts for the Period: $10,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,875.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $3,482.70 | $3,482.70 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | SELECT PORTFOLIO SERVICING INC<br>»»  003 | Mortgage Arrears | $40,487.35 | $9,371.05 | $31,116.30 |
| 4 | OFFICE OF UC BENEFITS POLICY-UC DIVISION<br>»»  005 | Unsecured Creditors | $3,082.57 | $0.00 | $3,082.57 |

Chapter 13 Case No. 22-10251-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,875.00 | Current Monthly Payment: | $875.00 |
| Paid to Claims: | $12,853.75 | Arrearages: | $875.00 |
| Paid to Trustee: | $1,225.00 | Total Plan Base: | $52,500.00 |
| Funds on Hand: | $796.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.