| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-10251-PMM

Jesse Dale Mast
521 Long Lane
Oley  PA    19547

Petition Filed Date: 02/03/2022
341 Hearing Date: 03/08/2022
Confirmation Date: 06/09/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $875.00 | | 09/22/2023 | $875.00 | | 10/23/2023 | $875.00 | |
| 11/22/2023 | $875.00 | | 12/22/2023 | $875.00 | | 01/23/2024 | $875.00 | |
| 02/23/2024 | $875.00 | | 03/22/2024 | $875.00 | | 07/25/2024 | $1,750.00 | 451 |

**Total Receipts for the Period:  $8,750.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $23,625.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $3,482.70 | $3,482.70 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | SELECT PORTFOLIO SERVICING INC »» 003 | Mortgage Arrears | $40,487.35 | $18,059.80 | $22,427.55 |
| 4 | OFFICE OF UC BENEFITS POLICY-UC DIVISION »» 005 | Unsecured Creditors | $3,082.57 | $0.00 | $3,082.57 |

**Chapter 13 Case No. 22-10251-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,625.00 | Current Monthly Payment: | $875.00 |
| Paid to Claims: | $21,542.50 | Arrearages: | $2,625.00 |
| Paid to Trustee: | $2,082.50 | Total Plan Base: | $52,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.