## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In re:<br><br>**JESSE D. MAST**,<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 22-10251 PMM** |

## CERTIFICATE OF NO RESPONSE
## RE: MOTION TO MODIFY PLAN

The undersigned, George M. Lutz, Esquire, attorney for the Debtor, hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion to Modify Plan, Notice and Order, which were served upon all parties of interest on December 29, 2024 (to ECF recipients) and December 30, 2024 (to non-ECF recipients).

Dated: January 28, 2025

                                                **Respectfully submitted,**

                                                **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    */s/ George M. Lutz*

                        **George M. Lutz, Esquire**
                        **1025 Berkshire Boulevard, Suite 700**
                        **Wyomissing, PA  19610**
                        **Pa. Attorney ID No.: 46437**
                        **Attorneys for Debtor**