# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| In re:<br><br>**JESSE D. MAST**,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 22-10251 PMM |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (Document No. 52 ) (the "Motion")

It is hereby ordered that:

1) The Motion is granted; and

2) The Modified P!an (the Amended Chapter 13 Plan, Document No. 51) is **approved.**

**Date:** January  30 , 2025

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**