United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-10251-pmm
Jesse Dale Mast | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Jan 30, 2025      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jesse Dale Mast, 521 Long Lane, Oley, PA 19547-9009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Jan 30 2025 23:59:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 31 2025 00:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

George Meany Lutz
     on behalf of Debtor Jesse Dale Mast glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 30, 2025 | Form ID: pdf900 | Total Noticed: 3 |

MICHELLE L. MCGOWAN
    on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In re:<br><br>JESSE D. MAST,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 22-10251 PMM |
|---|---|

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (Document No. 52 ) (the "Motion")

It is hereby ordered that:

1) The Motion is granted; and

2) The Modified Plan (the Amended Chapter 13 Plan, Document No. 51) is **approved.**

**Date:** January  30 , 2025

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE