**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>JESSE D. MAST,<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>Bankruptcy 22-10251 PMM |

**NOTICE OF APPLICATION OF GEORGE M. LUTZ, ESQUIRE AND HARTMAN, VALERIANO, MAGOVERN & LUTZ, P.C. FOR SUPPLEMENTAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

To the Debtor, the Chapter 13 Trustee, the United States Trustee, and all parties in interest, NOTICE IS HEREBY GIVEN:

1. That George M. Lutz, Esquire, and Hartman, Valeriano, Magovern & Lutz, P.C., counsel for the Debtor in the above-captioned matter, have filed a Supplemental Application with this Court for Allowance of Compensation ("Application") in connection with legal services rendered to the Debtor in these bankruptcy proceedings.

2. That the Application requests the Court to enter an Order approving reimbursement of actual, necessary counsel fees in the amount of $1,000.00, for reimbursement of actual, necessary fees for the period of March 3, 2023 through January 28, 2025.

3. That any answer, objection, responsive pleading or request for hearing in writing must be filed with the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601, and a copy thereof served on the counsel whose name and address appear below, within twenty-one (21) days from the date of this notice.

4. That in the absence of an answer, objection or request for hearing, counsel will certify the same to the Court after twenty-one (21) days from the date of this notice and the Court may enter the proposed Order approving said counsel fees.

**Date:** February 2, 2025

        Respectfully submitted,

        **Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    */s/ George M. Lutz*

        George M. Lutz, Esquire
        1025 Berkshire Blvd., Suite 700
        Wyomissing, PA 19610
        Attorney I.D. No. 46437
        Phone: 610-763-0745