**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**JESSE D. MAST,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy 22-10251 PMM** |

**CERTIFICATE OF SERVICE**

The undersigned, George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that true and correct copies of the Supplemental Application for Compensation, Notice and Order were served as follows:

1. On February 2, 2025 via ECF email to:

   DENISE ELIZABETH CARLON on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee
   bkgroup@kmllawgroup.com

   MICHELLE L. MCGOWAN on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee
   mimcgowan@raslg.com

   United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

   SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

and

2. On February 3, 2025 as set forth in the Certificate of Service/Declaration of

Mailing of BK Attorney Services, LLC, attached hereto as Exhibit A.

                **Respectfully submitted,**

                **Hartman, Valeriano, Magovern & Lutz, PC**

**by:** _____

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE:<br><br>Jesse D. Mast | CASE NO: 22-10251 PMM<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 61 |

On 2/3/2025, I did cause a copy of the following documents, described below,

Application for Compensation with Exhibit A (Time Records) and Exhibit B (Amended Disclosure of Compensation) ECF Docket Reference No. 61

Proposed Order 61-1

Notice of Application for Compensation 62

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/3/2025

/s/ George M. Lutz, Esquire
George M. Lutz, Esquire  46437
Attorney for Debtor
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610
610 763 0745
glutz@hvmllaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE:<br><br>Jesse D. Mast | CASE NO: 22-10251 PMM<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 61 |

On 2/3/2025, a copy of the following documents, described below,

Application for Compensation with Exhibit A (Time Records) and Exhibit B (Amended Disclosure of Compensation) ECF Docket Reference No. 61

Proposed Order 61-1

Notice of Application for Compensation 62

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/3/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ARCADIA RECOVERY BUREAU<br>645 PENN STREET<br>READING, PA 19601-3559 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY, UT 84165-0250 |
| COMENITY CAPITAL BANK/BOSCOV<br>6939 AMERICANA PARKWAY<br>REYNOLDSBURG, OH 43068-4171 | PENNSYLVANIA DEPARTMENT OF LABOR AND IND<br>OFFICE OF UC BENEFITS<br>POB 67503<br>HARRISBURG, PA 17106-7503 | THE RECEIVABLE MGMT SVCS LLC<br>240 EMERY STREET<br>BETHLEHEM, PA 18015-1980 |
| CP/BON TON<br>6939 AMERICANA PARKWAY<br>REYNOLDSBURG, OH 43068-4171 | DAVID T. SCHNARRS LAW<br>POB 1186<br>POTTSTOWN, PA 19464-0877 | RMP LLC<br>8085 KNUE ROAD<br>INDIANAPOLIS, IN 46250-1921 |