**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **JESSE D. MAST,** | |
| | **Bankruptcy 22-10251 PMM** |
| **Debtor** | |

**CERTIFICATE OF NO RESPONSE RE:**
**SUPPLEMENTAL APPLICATION FOR COMPENSATION**

The undersigned, George M. Lutz, Esquire, attorney for the Debtor, hereby certifies that

no answer, objection or other responsive pleading has been served upon me or upon the Debtor

in connection with the Supplemental Application for Compensation, which was served upon all

parties of interest on February 2, 2025 (to ECF recipients) and February 3, 2025 (to all other

interested parties.)

Dated: March 10, 2025

                                                   **Respectfully submitted,**

                                                   **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    */s/ George M. Lutz*
                                       _____
                                       **George M. Lutz, Esquire**
                                       **1025 Berkshire Boulevard, Suite 700**
                                       **Wyomissing, PA  19610**
                                       **Pa. Attorney ID No.: 46437**
                                       **Attorneys for Debtor**