**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>JESSE D. MAST,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy 22-10251 PMM |
|---|---|

**ORDER**

UPON CONSIDERATION of the Supplemental Application for Allowance of Compensation ("Supplemental Application"),

IT IS HEREBY ORDERED that the Supplemental Application is approved in the amount of $1,000.00, for reimbursement of actual, necessary fees for the period of March 3, 2023 through January 28, 2025.

**Date:** 3/10/25

BY THE COURT:

*Patricia M. Mayer*

**Patricia M. Mayer**
**United States Bankruptcy Judge**