United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10251-pmm |
| Jesse Dale Mast | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jesse Dale Mast, 521 Long Lane, Oley, PA 19547-9009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2025                     Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor Jesse Dale Mast glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net |
| MICHELLE L. MCGOWAN | on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4    User: admin    Page 2 of 2
Date Rcvd: Mar 10, 2025    Form ID: pdf900    Total Noticed: 1
TOTAL: 5

EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>JESSE D. MAST,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy 22-10251 PMM |
|---|---|

ORDER

UPON CONSIDERATION of the Supplemental Application for Allowance of Compensation ("Supplemental Application"),

IT IS HEREBY ORDERED that the Supplemental Application is approved in the amount of $1,000.00, for reimbursement of actual, necessary fees for the period of March 3, 2023 through January 28, 2025.

Date: 3/10/25

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge