**Fill in this information to identify the case:**

Debtor 1   **Jesse Dale Mast**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number   **22-10251-PMM**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   SELECT PORTFOLIO SERVICING INC

**Court claim no.**  (if known):
3-1

**Last 4 digits** of any number you use to identify the debtor's account:   8   6   5   1

**Property Address:**   521 LONG LANE
Number        Street

OLEY                                          PA        19547
City                                          State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $        38,604.66 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $        38,604.66 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $        -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $        38,604.66 |

**Part 4:**  **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:         $ _____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**  **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:         $ _____ -0-

**Part 6:**  **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman _____          Date   07/23/2026 _____
Signature

Trustee    Scott F. Waterman _____
First Name          Middle Name          Last Name

Address    2901 St. Lawrence Avenue, Suite 100 _____
Number        Street

Reading _____    PA    19606 _____
City                            State    ZIP Code

Contact phone   (610) 779-1313 _____          Email  info@ReadingCh13.com _____

| Debtor 1 | **Jesse Dale Mast** | | | Case Number **22-10251-PMM** | | Page 1 |

Name

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---------|------|---------------|------|---------|---------------------|--------|
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 07/22/2022 | 17231604 | Disbursement To Creditor/Principal | 542.30 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 08/19/2022 | 17232540 | Disbursement To Creditor/Principal | 805.00 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 09/23/2022 | 17233518 | Disbursement To Creditor/Principal | 805.00 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 11/18/2022 | 17235421 | Disbursement To Creditor/Principal | 805.00 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 12/16/2022 | 17236348 | Disbursement To Creditor/Principal | 805.00 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 01/20/2023 | 17237284 | Disbursement To Creditor/Principal | 805.00 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 02/17/2023 | 17238189 | Disbursement To Creditor/Principal | 805.00 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 03/17/2023 | 17239064 | Disbursement To Creditor/Principal | 805.00 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 04/21/2023 | 17239980 | Disbursement To Creditor/Principal | 805.00 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 05/19/2023 | 17240874 | Disbursement To Creditor/Principal | 796.25 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 06/16/2023 | 17241696 | Disbursement To Creditor/Principal | 796.25 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 07/21/2023 | 17242559 | Disbursement To Creditor/Principal | 796.25 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 08/18/2023 | 17243396 | Disbursement To Creditor/Principal | 796.25 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 09/22/2023 | 17244238 | Disbursement To Creditor/Principal | 796.25 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 10/20/2023 | 17245048 | Disbursement To Creditor/Principal | 796.25 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 11/17/2023 | 17245853 | Disbursement To Creditor/Principal | 787.50 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 12/15/2023 | 17246646 | Disbursement To Creditor/Principal | 787.50 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 01/22/2024 | 17247472 | Disbursement To Creditor/Principal | 787.50 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 02/16/2024 | 17248284 | Disbursement To Creditor/Principal | 787.50 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 03/15/2024 | 17249097 | Disbursement To Creditor/Principal | 787.50 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 04/19/2024 | 17249936 | Disbursement To Creditor/Principal | 787.50 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 08/16/2024 | 17253097 | Disbursement To Creditor/Principal | 1,575.00 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 09/20/2024 | 17253891 | Disbursement To Creditor/Principal | 1,575.00 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 10/15/2024 | 17254653 | Disbursement To Creditor/Principal | 787.50 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 11/15/2024 | 17255371 | Disbursement To Creditor/Principal | 796.25 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 12/20/2024 | 17256189 | Disbursement To Creditor/Principal | 796.25 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 03/21/2025 | 17258536 | Disbursement To Creditor/Principal | 501.50 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 04/17/2025 | 17259317 | Disbursement To Creditor/Principal | 705.25 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 05/22/2025 | 17260113 | Disbursement To Creditor/Principal | 732.38 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 06/13/2025 | 17260865 | Disbursement To Creditor/Principal | 732.38 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 07/18/2025 | 17261689 | Disbursement To Creditor/Principal | 732.38 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 08/22/2025 | 17262558 | Disbursement To Creditor/Principal | 732.38 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 09/19/2025 | 17263406 | Disbursement To Creditor/Principal | 732.38 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 10/24/2025 | 17264281 | Disbursement To Creditor/Principal | 715.32 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 11/21/2025 | 17265084 | Disbursement To Creditor/Principal | 715.32 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 12/17/2025 | 17265824 | Disbursement To Creditor/Principal | 715.32 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 01/16/2026 | 17266622 | Disbursement To Creditor/Principal | 715.32 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 02/20/2026 | 17267481 | Disbursement To Creditor/Principal | 715.32 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 03/20/2026 | 17268369 | Disbursement To Creditor/Principal | 715.32 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 04/17/2026 | 17269186 | Disbursement To Creditor/Principal | 715.32 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 05/15/2026 | 17270014 | Disbursement To Creditor/Principal | 715.32 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 06/17/2026 | 17270855 | Disbursement To Creditor/Principal | 715.32 |
| 3-1 | SELECT PORTFOLIO SERVIC | Pre-Petition Arrears | 07/17/2026 | 3000637 | Disbursement To Creditor/Principal | 5,283.33 |

Total for Claim Number 3-1: 38,604.66

**Total for Part 3 - b (Prepetition Arrears):** **38,604.66**