United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Jesse Dale Mast

    Debtor

Case No. 22-10251-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Dale Mast, 521 Long Lane, Oley, PA 19547-9009 |
| 14666387 | + | David T. Schnarrs Law, POB 1186, Pottstown, PA 19464-0877 |
| 14697234 | + | Hartman, Valeriano, Magovern & Lutz, P.C., 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 14666388 | + | Pennsylvania Department of Labor and Ind, Office of UC Benefits, POB 67503, Harrisburg, PA 17106-7503 |
| 14666394 | + | TOWD Point Mortgage Trust 201-7FRE2, c/o KML Law Group, P.C./Evan Harra, Esq., Suite 5000 - BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14668307 | + | Towd Point Mortgage Trust 2017-FRE2, c/o Rebecca Solarz,Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 22 2026 02:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 22 2026 02:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14666384 | + | Email/Text: rperez@arcadiarecovery.com | Jul 22 2026 02:19:00 | ARCADIA RECOVERY BUREAU, 645 PENN STREET, Reading, PA 19601-3543 |
| 14666385 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2026 02:18:00 | COMENITY CAPITAL BANK/BOSCOV, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 14666386 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2026 02:18:00 | CP/BON TON, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 14666381 | ^ | MEBN | Jul 22 2026 02:13:24 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14666383 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 22 2026 02:19:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1595 |
| 14666382 | | Email/Text: bankruptcycourts@equifax.com | Jul 22 2026 02:18:00 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14666379 | ^ | MEBN | Jul 22 2026 02:13:21 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14666389 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2026 02:20:33 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 14676610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2026 02:20:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14666390 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jul 22 2026 02:19:00 | RMP LLC, 8085 KNUE ROAD, Indianapolis, IN 46250-1921 |
| 14666391 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

District/off: 0313-4                                   User: admin                                   Page 2 of 3
Date Rcvd: Jul 21, 2026                               Form ID: 138OBJ                                Total Noticed: 24

|  |  |  | Jul 22 2026 02:19:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14666392 | ^ | MEBN | Jul 22 2026 02:13:25 | THE RECEIVABLE MGMT SVCS LLC, 240 EMERY STREET, Bethlehem, PA 18015-1980 |
| 14666393 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 22 2026 02:19:00 | TOWD Point Mortgage Trust 201-7FRE2, US Bank N.A. as Indenture Trustee, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 15101876 | + | Email/Text: RASEBN@raslg.com | Jul 22 2026 02:18:00 | Towd Point Mortgage Trust 2017-FRE2, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14684323 |  | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 22 2026 02:19:00 | Towd Point Mortgage Trust 2017-FRE2, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14666380 | ^ | MEBN | Jul 22 2026 02:13:18 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

George Meany Lutz
                  on behalf of Debtor Jesse Dale Mast glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

MATTHEW K. FISSEL
                  on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
                  on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com

ROBERT BRIAN SHEARER
                  on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2 rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
                  ECFMail@ReadingCh13.com

United States Trustee
                  USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4

Date Rcvd: Jul 21, 2026

Form ID: 138OBJ

Total Noticed: 24

TOTAL: 6

*Form 138OBJ* (6/24)–doc 73 – 72

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Jesse Dale Mast | ) | Case No. 22–10251–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 21, 2026

For The Court

Mohung Wong
Clerk of Court