United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 22-10251-pmm
Jesse Dale Mast Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Aug 12, 2026 Form ID: 3180W Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Dale Mast, 521 Long Lane, Oley, PA 19547-9009 |
| 14666387 | + | David T. Schnarrs Law, POB 1186, Pottstown, PA 19464-0877 |
| 14697234 | + | Hartman, Valeriano, Magovern & Lutz, P.C., 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 14666388 | + | Pennsylvania Department of Labor and Ind, Office of UC Benefits, POB 67503, Harrisburg, PA 17106-7503 |
| 14666394 | + | TOWD Point Mortgage Trust 201-7FRE2, c/o KML Law Group, P.C./Evan Harra, Esq., Suite 5000 - BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14668307 | + | Towd Point Mortgage Trust 2017-FRE2, c/o Rebecca Solarz,Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 13 2026 02:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 13 2026 02:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 13 2026 02:10:00 | Towd Point Mortgage Trust 2017-FRE2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14666384 | + | Email/Text: rperez@arcadiarecovery.com | Aug 13 2026 02:10:00 | ARCADIA RECOVERY BUREAU, 645 PENN STREET, Reading, PA 19601-3543 |
| 14666385 | + | EDI: WFNNB.COM | Aug 13 2026 06:03:00 | COMENITY CAPITAL BANK/BOSCOV, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 14666386 | + | EDI: WFNNB.COM | Aug 13 2026 06:03:00 | CP/BON TON, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 14666381 | ^ | MEBN | Aug 13 2026 02:08:41 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14666382 | | Email/Text: bankruptcycourts@equifax.com | Aug 13 2026 02:10:00 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14666379 | ^ | MEBN | Aug 13 2026 02:08:41 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14666389 | | EDI: PRA.COM | Aug 13 2026 06:03:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 14676610 | | EDI: PRA.COM | Aug 13 2026 06:03:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| | | | | |
|---|---|---|---|---|
| 14666390 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 13 2026 02:11:00 | RMP LLC, 8085 KNUE ROAD, Indianapolis, IN 46250-1921 |
| 14666391 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2026 02:11:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14666392 | ^ | MEBN | Aug 13 2026 02:08:45 | THE RECEIVABLE MGMT SVCS LLC, 240 EMERY STREET, Bethlehem, PA 18015-1980 |
| 14666393 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2026 02:11:00 | TOWD Point Mortgage Trust 201-7FRE2, US Bank N.A. as Indenture Trustee, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 15101876 | + | Email/Text: RASEBN@raslg.com | Aug 13 2026 02:10:00 | Towd Point Mortgage Trust 2017-FRE2, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14684323 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2026 02:11:00 | Towd Point Mortgage Trust 2017-FRE2, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14666380 | ^ | MEBN | Aug 13 2026 02:08:38 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14666383 | ##+ | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1595 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Meany Lutz | on behalf of Debtor Jesse Dale Mast glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| MATTHEW K. FISSEL | on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2 U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | |

on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2 rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jesse Dale Mast<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9720 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 22–10251–pmm | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jesse Dale Mast

8/11/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**