Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jesse Dale Mast
521 Long Lane
Oley, PA 19547

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-10251-PMM**

Petition Filed Date: 02/03/2022
341 Hearing Date: 03/08/2022
Confirmation Date: 06/09/2022

Case Status: Completed on 6/30/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2025 | $775.00 | | 10/03/2025 | $775.00 | | 11/03/2025 | $775.00 | |
| 12/04/2025 | $775.00 | | 01/05/2026 | $775.00 | | 02/02/2026 | $775.00 | |
| 03/05/2026 | $775.00 | | 04/02/2026 | $775.00 | | 05/11/2026 | $775.00 | |
| 06/02/2026 | $775.00 | | 06/25/2026 | $775.00 | 25688 | 06/30/2026 | $6,200.00 | |

**Total Receipts for the Period: $14,725.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $48,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $3,482.70 | $3,482.70 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | SELECT PORTFOLIO SERVICING INC »» 003 | Mortgage Arrears | $38,604.66 | $38,604.66 | $0.00 |
| 4 | OFFICE OF UC BENEFITS POLICY-UC DIVISION »» 005 | Unsecured Creditors | $3,082.57 | $1,154.59 | $1,927.98 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 5 | ARCADIA RECOVERY BUREAU/READING HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | DAVID T SCHNARRS LAW | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | RMP LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | RECEIVABLE MANAGEMENT SERVICES LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10251-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $48,250.00 | Current Monthly Payment: | $775.00 |
| Paid to Claims: | $44,241.95 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,008.05 | Total Plan Base: | $48,250.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.